J. W. GILLESPIE v. STATE.

No. A-791.   Opinion Filed September 23, 1911.

Appeal from Garfield County Court; James B. Cullison, Judge.

J. W. Gillespie was convicted of violating the prohibitory law, and appeals. Affirmed.

H. J. Sturgis, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.  J. W. Gillespie, plaintiff in error, was convicted on the 19th day of February, 1910, on a charge of selling whisky, and on the 26th day of February, thereafter, was sentenced by the court to pay a fine of three hundred dollars and be imprisoned in the county jail for a period of sixty days. No brief· has been filed on behalf of plaintiff in error in this court, and no apeparance made for oral argument.   The transcript has been carefully examined and the judgment of the trial court is affirmed under rule 4 of this court.

BERT ALEXANDER v. STATE.

No. A-792.   Opinion Filed September 23, 1911.

Appeal from Garfield County Court; James B. Cullison, Judge.

Bert Alexander was convicted of violating the prohibitory law, and appeals.  Affirmed.

H. J. Sturgis, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.  Plaintiff in error was convicted in the county court of Garfield county on the 18th day of February, 1910, on a charge of selling intoxicating liquor, and on the 26th day of February, thereafter, was sentenced by the court to pay a fine of one hundred dollars and be confined in the county jail thirty days. No brief has been filed in this court on behalf of the plaintiff in error, and no apeparance made for oral argument.  The transcript has been carefully examined, and the judgment is affirmed under rule 4 of this court.